**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Manuel CARRIZOZA–ISLAS, Defendant-Appellant.**

**No. 26064.**

United States Court of Appeals,
Ninth Circuit.

Jan. 27, 1971.

Sarita Camille Waite, Bender & Waite, Oakland, Cal., for appellant.

Richard K. Burke, U. S. Atty., N. Warner Lee, Asst. U. S. Atty., Phoenix, Ariz., for appellee.

Before CHAMBERS, MERRILL and DUNIWAY, Circuit Judges.

PER CURIAM:

Appellant's conviction for smuggling into the United States marihuana which should have been invoiced, a violation of 21 U.S.C. § 176a, is affirmed. Witt v. United States, 413 F.2d 303 (9th Cir. 1969); United States v. Ashbrook, 433 F.2d 988 (9th Cir. 1970), and cases cited.